JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ROSE, an individual, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERITA, INC.,<br><br>  Defendant. | CASE NO.: 2:23-CV-07990-FMO-KS<br><br>[*The Honorable Fernando M. Olguin*]<br><br>**ORDER GRANTING STIPULATION [13] TO STAY CASE**<br><br>Action Filed: September 25, 2023<br>Served: October 4, 2023 |

The Court, having read and considered Plaintiff Andrew Rose's ("Plaintiff") and Defendant Amerita, Inc.'s ("Defendant") stipulation seeking an order from the Court staying this case pending the outcome of a related consolidated action ("Stipulation"), and finding good cause therefore, **HEREBY ORDERS** that the Stipulation is **GRANTED**.

All proceedings in this case are stayed pending the outcome of the related, consolidated action which is currently pending in the United States District Court of the Western District of Kentucky. *See In re: PharMerica Data Breach Litigation*, No. 3:23-cv-00297-RGJ (W.D. Ky.)

The Parties shall file a joint status report within 3 business days of any resolution of the related consolidated action.

The Clerk shall administratively close the case.

**IT IS SO ORDERED.**

Dated: November 16, 2023

_____/s/_____
The Honorable Fernando M. Olguin
United States District Judge